```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 25367
   LINDA F HAWKINS
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-1238


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/07/04 and confirmed on 09/07/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  14572.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 7500.00 | 902.06 | 7500.00 |
| ACCENT SERVICE (GTE) | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGIST S | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| SKO BRENNER AMERICAN | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CONSULTANTS IN PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| EXCELL LLC ST THERESE | UNSECURED | NOT FILED | .00 | .00 |
| FASHION BUG | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATL BAN | UNSECURED | NOT FILED | .00 | .00 |
| HRS USA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1101.06 | .00 | 422.28 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 1159.35 | .00 | 444.63 |
| TARGET NATIONAL BANK | FILED LATE | .00 | .00 | .00 |
| RUSH-COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 1105.90 | .00 | 424.13 |
| SOUTH SUBURBAN CARDIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SUNSTAR DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| TIME LIFE | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY GASTROENTEROL | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 5188.52 | .00 | 1989.91 |

```
THE CHICAGO DEPT OF REVE FILED LATE          .00              .00              .00
          Summary of disbursements:
---------------------------------------------------------------------------------
                     SECURED     PRIORITY     UNSECURED        OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   7500.00          .00       8554.83          .00      16054.83
PRINCIPAL PAID       7500.00          .00       3280.95          .00      10780.95
INTEREST PAID         902.06          .00           .00          .00        902.06
TOTAL PAID           8402.06          .00       3280.95          .00      11683.01
```

The Debtor's attorney, SCHOTTLER & ZUKOSKY             , was allowed $   2425.00
and was paid $    200.00  direct and $   2225.00  through the plan.

The Trustee received $    623.99 .

Refunds to the Debtor totaled $     40.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/18/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                                    PAGE   2
            CASE NO. 04 B 25367 LINDA F HAWKINS